# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RANDALL E. MILLER

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 04-CV-494

UNITED STATES OF AMERICA

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Randall E. Miller's petition under 18 U.S.C. § 2255 be and the same is hereby DENIED; and

IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED with prejudice.

APPROVED:    s/ J. P. Stadtmueller

U.S. District Judge

July 11, 2007

Date

JON W. SANFILIPPO

Clerk

s/ Patricia K. Blackburn

(By) Deputy Clerk